# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | |
| Plaintiff(s), | Case No. 2:13-cv-01756-JCM-NJK |
| vs. | ORDER DENYING PROPOSED DISCOVERY PLAN (Docket No. 8) |
| LEXINGTON INSURANCE COMPANY, | |
| Defendant(s). | |

Pending before the Court is the Proposed Discovery Plan and Scheduling Order, Docket No. 8, which is hereby **DENIED**. The presumptive discovery period is 180 days from the date the first defendant answers or appears. Local Rule 26-1(e)(1). The proposed plan seeks additional time by requesting a discovery period of 270 days from the date the parties held their Rule 26(f) conference. The parties request this additional time by asserting that the case involves 11 underlying construction defect cases involving thousands of documents. This is not sufficient explanation for the extended period sought. Accordingly, the proposed discovery plan is denied. The parties shall submit, no later than November 12, 2013, a new proposed discovery plan with a more complete explanation why additional time is sought or with dates reflecting the presumptively reasonable 180-day period.

The Court further notes that the proposed discovery plan misstates Local Rule 26-4 with respect to the timing requirements for requesting extensions. The resubmitted discovery plan shall be revised to correctly articulate Local Rule 26-4.

IT IS SO ORDERED.

DATED: November 6, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge